UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA  :  MAGISTRATE JUDGE: __MARK FALK__

v.  :  MAGISTRATE NO.: __17-3645__

DARIUS GHAHARY  :  DATE OF PROCEEDINGS: __October 12, 2017__

:  DATE OF ARREST: __October 12, 2017__

PROCEEDINGS: __Rule 5 - Initial Appearance__

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) IDENTITY HEARING WAIVED ON THE RECORD
(X) APPT. OF COUNSEL: __✓__ AFPD  __ CJA
( ) WAIVER OF HRG.:  __ PRELIM  __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:  __ GUILTY  __ NOT GUILTY
( ) PLEA AGREEMENT
(X) FINANCIAL AFFIDAVIT EXECUTED
(X) OTHER __Commitment to Another District.__

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH EVALUATION AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S)  SET FOR:

(X) ~~PRELIMINARY / REMOVAL HRG.~~ __Identity Hrg__   DATE: __10/13/17 @ 2:30 p.m.__
( ) DETENTION / BAIL HRG.   DATE: _____
( ) TRIAL:  __ COURT  __ JURY   DATE: _____
( ) SENTENCING   DATE: _____
( ) OTHER: _____   DATE: _____

APPEARANCES:

AUSA __Sammi Malek__

DEFT. COUNSEL __Kevin Carlucci__

PROBATION _____

INTERPRETER _____
    Language: (              )

Time Commenced: __325 pm__
Time Terminated: __330 pm__
CD No: __ECR__

_____
DEPUTY CLERK