UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :

    V.                          MAG. NO. 17-3645
                                    :

DARIUS GHAHARY
                                    :       O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this _12_ day of _October_, 2017

ORDERED that _____Kevin Carlucci_____ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant is this cause until further order of the Court.

                                                    _____
                                                    Mark Falk, USMJ