UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: Mark Falk, USMJ |
| v. | MAGISTRATE NO.: 17-3645 |
| DARIUS GHAHARY | DATE OF PROCEEDINGS: October 13, 2017 |
| | DATE OF ARREST: October 12, 2017 |

PROCEEDINGS: __Bail Hearing__

- ( ) COMPLAINT
- ( ) ADVISED OF RIGHTS
- (X) IDENTITY HEARING WAIVED ON THE RECORD
- ( ) APPT. OF COUNSEL: __ AFPD __ CJA
- ( ) WAIVER OF HRG.: __ PRELIM __ REMOVAL
- ( ) CONSENT TO MAGISTRATE'S JURISDICTION
- ( ) PLEA ENTERED: __ GUILTY __ NOT GUILTY
- (X) NOTICE OF APPEARANCE - DEFT. COUNSEL
- ( ) FINANCIAL AFFIDAVIT EXECUTED
- ( ) OTHER _____

- ( ) TEMPORARY COMMITMENT
- (X) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- ( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- ( ) BAIL SET: _____
- ( ) TRAVEL RESTRICTED _____
- ( ) REPORT TO PRETRIAL SERVICES
- ( ) DRUG TESTING AND/OR TREATMENT
- ( ) MENTAL HEALTH EVALUATION AND/OR TREATMENT
- ( ) SURRENDER &/OR OBTAIN NO PASSPORT
- ( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

- ( ) PRELIMINARY / REMOVAL HRG.   DATE: _____
- ( ) DETENTION / BAIL HRG.         DATE: _____
- ( ) TRIAL:  __ COURT   __ JURY   DATE: _____
- ( ) SENTENCING                    DATE: _____
- ( ) OTHER: _____        DATE: _____

APPEARANCES:

AUSA __Sammi Malek__

DEFT. COUNSEL __Paul Faugno, Esq.__

PROBATION _____

INTERPRETER _____
    Language: (                    )

Time Commenced: 3:20 pm
Time Terminated: 3:25 pm
CD No: ECR

_Lorraine McNerney_
DEPUTY CLERK